UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRITTANY COLON,

    Plaintiff,

v.                                              Case No. 17-cv-373

LAKESIDE MOTEL,

    Defendant.

---

## STIPULATED DISMISSAL WITH PREJUDICE

---

    NOW COME the parties, Brittany Colon and Jesse Nowak and Christina Nowak (d/b/a Lakeside Motel), improperly designated in the Complaint as Lakeside Motel, by and through their counsel, and stipulate and agree to the dismissal of all claims contained in the above-captioned lawsuit with prejudice and without costs or fees to any party. The parties request that the Court enter the Order which follows immediately below.

| | |
|---|---|
| Dated: July 7, 2017 | Dated: July 7, 2017 |
| AXLEY BRYNELSON, LLP | LEVINE LYON, S.C. |
| By: _/s/_____ | By: _/s/_____ |
| Kevin D. Trost, State Bar No. 1028231 | Jeremy Lyon, State Bar No. 1094374 |
| Attorneys for Jesse Nowak and Christina Nowak | Attorneys for Brittany Colon |
| 2 East Mifflin Street, Suite 200 | 14 W. Mifflin Street, Suite 206 |
| Madison, WI 53701-1767 | Madison, WI 53703 |
| Telephone: (608) 257-5661 | Telephone: 888-367-8198 x. 702 |
| Facsimile: (608) 257-5444 | Facsimile: 608-268-8607 |
| Email: ktrost@axley.com | Email: jeremy@levinelyon.com |

**ORDER**

The Court, having reviewed the parties' Stipulated Dismissal with Prejudice, and being duly advised in the premises, hereby enters the following order consistent with the parties' stipulation;

IT IS HEREBY ORDERED that the claims contained in the above-captioned lawsuit are dismissed with prejudice and without costs.

Dated this _____ day of July, 2017.

_____
Stephen L. Crocker
U.S. Magistrate Judge