UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRITTANY COLON,

    Plaintiff,

v.                                                                            Case No. 17-cv-373

LAKESIDE MOTEL,

    Defendant.

---

### STIPULATED DISMISSAL WITH PREJUDICE

---

NOW COME the parties, Brittany Colon and Jesse Nowak and Christina Nowak (d/b/a Lakeside Motel), improperly designated in the Complaint as Lakeside Motel, by and through their counsel, and stipulate and agree to the dismissal of all claims contained in the above-captioned lawsuit with prejudice and without costs or fees to any party. The parties request that the Court enter the Order which follows immediately below.

Dated: July 7, 2017                                           Dated: July 7, 2017

AXLEY BRYNELSON, LLP                       LEVINE LYON, S.C.

By: _____                    By: _____
    Kevin D. Trost, State Bar No. 1028231         Jeremy Lyon, State Bar No. 1094374
    Attorneys for Jesse Nowak and                 Attorneys for Brittany Colon
    Christina Nowak                                    14 W. Mifflin Street, Suite 206
    2 East Mifflin Street, Suite 200                  Madison, WI 53703
    Madison, WI 53701-1767                         Telephone: 888-367-8198 x. 702
    Telephone: (608) 257-5661                     Facsimile: 608-268-8607
    Facsimile: (608) 257-5444                      Email: jeremy@levinelyon.com
    Email: ktrost@axley.com

**ORDER**

The Court, having reviewed the parties' Stipulated Dismissal with Prejudice, and being duly advised in the premises, hereby enters the following order consistent with the parties' stipulation;

IT IS HEREBY ORDERED that the claims contained in the above-captioned lawsuit are dismissed with prejudice and without costs.

Dated this 11th day of July, 2017.

~~Stephen L. Crocker~~ William M. Conley
~~U.S. Magistrate~~ Judge
District